No. 85–6461. MARTIN v. OHIO. Sup. Ct. Ohio. Motion of Ohio Public Defender Commission for leave to file a brief as amicus curiae granted. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted limited to Question IV presented by the petition.

No. 85–834. NIXON, ADMINISTRATOR OF THE ESTATE OF NIXON v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 11th Cir. Certiorari denied.

No. 85–886. BRUNO v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 85–917. HOLLINS ET AL. v. POWELL ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–1010. PASCHALL ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–1065. BARTIMO v. HORSEMEN'S BENEVOLENT & PROTECTIVE ASSN. ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–1176. COHEN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.